PAOLO SOTTILE, Appellant, v. JOSEPH FINAZZO, Respondent.— In an action brought to recover damages for personal injuries sustained by plaintiff who, while crossing the street, was run down by defendant's automobile, judgment in favor of

plaintiff and order denying plaintiff's motion for a new trial on the ground that the award of damages was inadequate, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.